IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN ANDREW KISTER, # 264274, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:21-CV-444-WHA-JTA |
| PATRICE RICHIE JONES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On July 12, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 2.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1)  The Recommendation (Doc. 2) is ADOPTED; and

(2)  This case is TRANSFERRED to the United States District Court for the Northern District of Alabama under the provisions of 28 U.S.C. § 2241(d).

DONE this 4th day of August, 2021.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE